FILED

SEP 21 2009

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re                                    Case No. 09-18996-B-11

SIERRA VALLEY RESTAURANTS,
INC.                                     ORDER TRANSFERRING
                                         BANKRUPTCY CASE

           Debtor.
_____/

    IT IS ORDERED that the above-captioned bankruptcy case is transferred to Sacramento Division, Department C, United States Bankruptcy Judge Christopher M. Klein presiding, for the following reason:

    ( ) Prior filing assigned to the above-named judge.

    (X) Related bankruptcy case.

    ( ) Recusal.

    ( ) _____

DATED: September 21, 2009.

                                                W. Richard Lee, Judge
                                                UNITED STATES BANKRUPTCY COURT